IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRYSTAL MARIE STEPHENS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | No. 14-2483 |
| | : | |
| **ZUCKER, GOLDBERG & ACKERMAN LLC, et al.** | : | |

## ORDER

**AND NOW**, this 24th day of September, 2014, upon consideration of the Motion to Dismiss Amended Complaint With Prejudice (Document No. 7) and the Defendant Zucker, Goldberg & Ackerman, LLC's Motion to Dismiss Plaintiff's Complaint (Document No. 10), it is **ORDERED** that the motions are **GRANTED**.

**IT IS FURTHER ORDERED** that the plaintiff's amended complaint is **DISMISSED**.

                                                      /s/Timothy J. Savage
                                                  TIMOTHY J. SAVAGE,  J.